[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sept. 22, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-11670
Non-Argument Calendar

_____

D. C. Docket No. 02-00037-CR-001-CAR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STONEY LESTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 22, 2009)

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

LaRae Dixon Moore, appointed counsel for Stoney Lester, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Lester's motion for relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.